# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ISAI GARCIA

NO. 2019 KW 1039

SEP 17 2019

---

In Re:   Isai Garcia, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-14-1145.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

   **WRIT DENIED.** Defendant has not established that deportation was a term of the plea agreement. Defense counsel informed relator, as required, that his guilty pleas subjected him to deportation. See **Padilla v. Kentucky**, 559 U.S. 356, 360, 130 S.Ct. 1473, 1478, 176 L.Ed.2d 284 (2010). Therefore, the district court did not err by denying relator's motion to correct an illegal sentence.

                         **VGW**
                         **JMG**
                         **WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT